FILED
OCT - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | 07-MS-393-PLF |
| Plaintiff, | 1:07-cr-00155-PLF |
| v. | |
| Kevin Honesty, | |
| Defendant. | |

### CHRISTOPHER IVINS' MOTION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBITS

Christopher Ivins, through counsel, hereby requests leave of the Court to allow the non-electronic filing of one (1) CD-ROM constituting Attachment 1, to the Affidavit of Donald H. Paul (Exhibit 1) to Christopher Ivins' Response to Defendant Kevin Honesty's Motion to Hold Christopher Ivins in Contempt for his Wilful [sic] Violation of the July 18, 2007 Order Placing Defendant at the Central Treatment Facility [Doc. # 18]. The ECF system does not provide for the filing of physical exhibits (CD-ROMs) as attachments, and thus are exempt from the ECF filing requirements under L.Cv.R. 5.4(e)(1).

Therefore, Christopher Ivins respectfully requests that this Court permit the non-electronic filing of Attachment 1 to the Affidavit of Donald H. Paul.

1829396.1

- 2 -

| | |
|---|---|
| Dated: September 26, 2007 | By   s/ Jennifer L. Holsman<br>Daniel P. Struck, Bar No. CO0037<br>Jennifer L. Holsman, Bar No. 495296<br>JONES, SKELTON & HOCHULI, P.L.C.<br>2901 North Central Avenue, Suite 800<br>Phoenix, Arizona 85012<br>Telephone: (602) 263-1700<br>Facsimile: (602) 263-1784<br><br>Paul J. Maloney, DC Bar No. 362533<br>Mariana D. Bravo, DC Bar No. 473809<br>CARR MALONEY, P.C.<br>1615 L Street, N.W., Suite 500<br>Washington, DC 20036<br>Telephone: (202) 310-5500<br>Facsimile: (202) 310-5555<br><br>Attorneys for Respondent, *Christopher Ivins* |

- 2 -
1829396.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, a true and correct copy of the foregoing, with the referenced CD-ROM, was served by First Class U.S. Mail on the following:

Gary M. Sidell, Esq.
1776 K Street, N.W.
Suite 800
Washington, D.C. 20006
Attorney for Defendant, *Kevin Honesty*

Barbara E. Kittay, Esq.
U.S. Attorney's Office
555 Fourth Street, N.W.
Room 4846
Washington, D.C. 20530
Attorney for Plaintiff, *United States*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, DC  20036
Attorneys for Respondent, *Christopher Ivins*

                              s/ Jennifer L. Holsman

1740110.1
1829396.1