IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER IVINS,<br><br>   Petitioner,<br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Interested Party.<br><br> and<br><br>KEVIN HONESTY,<br><br>   Respondent. | No. 1:07-mc-00393-PLF |

### NOTICE OF APPEARANCE OF DANIEL P. STRUCK, ESQ.

 Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Petitioner, *Christopher Ivins,*, in the above-captioned matter.

 The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

   Daniel P. Struck, Esq.
   JONES, SKELTON & HOCHULI, P.L.C.
   2901 North Central Avenue
   Suite 800
   Phoenix, Arizona 85012
   Telephone No.: (602) 263-7323
   Facsimile No.:  (602) 200-7811
   E-Mail: dstruck@jshfirm.com

| | |
|---|---|
| Dated: October 15, 2007 | By  s/ Daniel P. Struck<br>Daniel P. Struck, Bar No. 012377<br>JONES, SKELTON & HOCHULI, P.L.C.<br>2901 North Central Avenue, Suite 800<br>Phoenix, Arizona  85012<br>Telephone:  (602) 263-1700<br>Facsimile:  (602) 263-1784<br><br>Paul J. Maloney, DC Bar No. 362533<br>Colleen Durbin, DC Bar No. 500039<br>CARR MALONEY, P.C.<br>1615 L Street, N.W., Suite 5001<br>Washington, DC  20036<br>Telephone:     (202) 310-5500<br>Facsimile:      (202) 310-5555<br><br>Attorneys for Petitioner, *Christopher Ivins* |

Foregoing filed *electronically* this
15th day of October, 2007.

## CERTIFICATE OF SERVICE

This document was electronically filed this 15th day of October, 2007, with the United States District Court, District of Columbia.  Copies served electronically this same date on:

Gary M. Sidell, Esq.
1776 K Street, N.W.
Suite 800
Washington, D.C.  20006
Attorney for Respondent, *Kevin Honesty*
Email:  suitcase@erols.com

Paul J. Maloney, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 5001
Washington, D.C.  20036
Email:  pjm@carrmaloney.com

                                                     s/ Daniel P. Struck
                                                     Daniel P. Struck

1836651.1