IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER IVINS,<br><br>    Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Interested Party.<br><br>and<br><br>KEVIN HONESTY,<br><br>    Respondent. | No. 1:07-mc-00393-PLF |

### NOTICE OF APPEARANCE OF JENNIFER L. HOLSMAN, ESQ.

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Petitioner, *Christopher Ivins,*, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

> Jennifer L. Holsman, Esq.
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, Arizona 85012
> Telephone No.: (602) 263-7310
> Facsimile No.:  (602) 651-7507
> E-Mail: jholsman@jshfirm.com

| | |
|---|---|
| Dated: October 15, 2007 | By   s/ Jennifer L. Holsman<br>Daniel P. Struck, Bar No. 012377<br>Jennifer L. Holsman, Bar No. 495296<br>JONES, SKELTON & HOCHULI, P.L.C.<br>2901 North Central Avenue, Suite 800<br>Phoenix, Arizona  85012<br>Telephone:  (602) 263-1700<br>Facsimile:   (602) 263-1784<br><br>Paul J. Maloney, DC Bar No. 362533<br>Colleen Durbin, DC Bar No. 500039<br>CARR MALONEY, P.C.<br>1615 L Street, N.W., Suite 5001<br>Washington, DC   20036<br>Telephone:    (202) 310-5500<br>Facsimile:     (202) 310-5555<br><br>Attorneys for Petitioner, *Christopher Ivins* |

Foregoing filed *electronically* this
15th day of October, 2007.

### CERTIFICATE OF SERVICE

This document was electronically filed this 15th day of October, 2007, with the United States District Court, District of Columbia.  Copies served electronically this same date on:

Gary M. Sidell, Esq.
1776 K Street, N.W.
Suite 800
Washington, D.C.  20006
Attorney for Respondent, *Kevin Honesty*
Email:  suitcase@erols.com

Paul J. Maloney, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 5001
Washington, D.C.  20036
Email:  pjm@carrmaloney.com


      s/ Jennifer L. Holsman
        Jennifer L. Holsman

1836652.1