UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER IVINS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KEVIN HONESTY, )<br>)<br>Respondent. )<br>) | Misc. No. 07-0393 (PLF) |

### REFERRAL ORDER

It is hereby ORDERED that this Miscellaneous Case is referred to a magistrate judge pursuant to Local Civil Rule 72.2 for disposition of Kevin Honesty's motion to hold Christopher Ivins in contempt, as well as any further related motions that may be filed. The magistrate judge is hereby advised that some relevant filings may be found in the file in the related criminal case, <u>United States v. Kevin Honesty</u>, Criminal No. 07-0155, and that some exhibits have been filed in non-electronic form. On all filings in this action, the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case numbers in the caption.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 20, 2008