IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Ivins,<br><br>               Petitioner,<br><br>    v.<br><br>Kevin Honesty,<br><br><br><br>               Respondent. | No: 1:07-MC-393-PLF-DAR |

**PETITIONER'S REQUEST FOR COURTROOM EQUIPMENT**

Pursuant to L.Cv.R. 83.1, Petitioner Christopher Ivins, through counsel, requests the Court's permission to use a laptop computer and monitor for the possible presentation of videographic evidence at the evidentiary hearing scheduled for April 17, 2008 at 10:00 AM in Courtroom 4.

Representatives for counsel have spoken with Mr. John Cramer on April 9, 2008, who has indicated that he can provide a single large monitor for use during the evidentiary hearing, which will connect directly to counsel's laptop computer, and is large enough to be easily viewed by the Court, the parties and counsel. Mr. Cramer has further indicated that in addition to providing the monitor, the Courthouse can also provide all cables necessary to connect the computer.

        Respectfully submitted,

Dated: April 11, 2008

                                                                By    s/ Daniel P. Struck
                                                                     Daniel P. Struck, DC Bar No. CO0037
                                                                     Jennifer L. Holsman, DC Bar No. 495296
                                                                      JONES, SKELTON & HOCHULI, P.L.C.
                                                                      2901 North Central Avenue, Suite 800
                                                                      Phoenix, Arizona 85012
                                                                      Telephone: (602) 263-1700
                                                                      Facsimile: (602) 263-1784

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, DC Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Telephone:   (202) 310-5500
Facsimile:   (202) 310-5555

*Attorneys for Christopher Ivins*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2008, a true and correct copy of the foregoing was served via ECF on the following:

Gary M. Sidell, Esq.
1776 K Street, N.W.
Suite 800
Washington, D.C. 20006
*Attorney for Respondent, Kevin Honesty*

and that a courtesy copy was provided via e-mail to the following:

John Cramer (john_cramer@dcd.uscourts.gov).

                                               s/ Daniel P. Struck

1901622.1