UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN HONESTY           :
                        :
V.                      :     CASE N0. 07-MC-393 (PLF)(DAR)
                        :
CHRISTOPHER IVINS       :

UNOPPOSED PETITIONER'S MOTION AND SUPPORTING MEMORANDUM TO
CONTINUE APRIL 17, 2008 HEARING

Pursuant to Local Rule 47, Petitioner Kevin Honesty, by his attorney, Gary M. Sidell, hereby submits his unopposed motion to continue the evidentiary hearing scheduled for Thursday, April 17, 2008 ("Hearing"). As grounds for his motion, Petitioner states the following:

1.  On March 21, April 7 and April 11, 2008, Petitioner, by counsel, provided subpoenas to three (3) witnesses for the Hearing, respectively the DC Department of Corrections ("DOC") Records Custodian, Ms. Michelle Moon[1], courtroom clerk to the Honorable Paul L. Friedman and the to United States Marshal for this jurisdiction. Prior to provision of the respective subpoenas, counsel spoke with personnel in the offices for both DOC and the Marshal's Service, as well as with Ms. Moon personally.

2.  On the morning of Tuesday, April 15, 2008, at approximately 9:00 a.m., counsel received a telephone message from Nancy Mayer-Whittington, the Clerk of the United States District Court for the District of Columbia, concerning the subpoena provided to Ms. Moon. The essence of that message, as well as a personal conversation held with counsel some three (3) hours later, was that Ms. Moon would not be permitted to testify at the Hearing since the subpoena

---

[1] Ms. Moon was physically, and personally, served by agreement on Monday, April 7, 2008, at the courthouse, after earlier telephone conferences with counsel.

provided to her was not provided three (3) weeks (15 working days) in advance, as required by Subpoena Regulations Adopted by Judicial Conference (www.uscourts.gov/courts/regulations.htm), See, Section 6(b).  Moreover, Ms. Mayer-Whittington was unwilling to waive any advance notice time period so that the Hearing may occur as scheduled, and with the requisite witnesses.  Indeed, Ms. Mayer-Whittington even suggested that a newly issued subpoena would need to comply with this advance three (3) week notice period for any rescheduled hearing.[2]

      3.      Petitioner needs to call Ms. Moon as a witness whose testimony is essential, given the position raised by the respondent's papers, but of brief duration.

      4.      Petitioner is filing this motion in order to avoid the expenditure of time and money by counsel, presumably Daniel Struck, Esq., appearing in this jurisdiction from his resident jurisdiction of Arizona for the Hearing at which Petitioner now finds himself unable to proceed on the scheduled date.

      5.      Neither Petitioner's subpoena to the United States Marshal's Service or to the DC DOC has provided any impediment to proceeding with the Hearing as scheduled.  Indeed, while counsel was aware of the Code of Federal Regulations provisions for obtaining information and/or testimony from Executive Branch/law enforcement employees, there is no comparable minimum advance notice time requirement as that identified by Ms. Mayer-Whittington.

      6.      By email, counsel for respondent Ivins, Daniel Struck, Esq., has informed counsel that he does not oppose the requested continuance.  See, attached email, April 15, 2008 @ 2:27 pm.

---

[2] Ms. Mayer-Whittington informed counsel that even she was unaware of this advance notice requirement until recently and in connection with the subpoena issued for Ms. Moon.  Moreover, Ms. Mayer-Whittington informed counsel that she had conferred with Chief Judge Hogan on this matter and that he wanted to rely on the notice requirement of the regulations, cited above.

Based on the foregoing, Petitioner submits that he is unable to proceed with the scheduled Hearing on April 17, 2008, despite having previously contacted all potential witnesses and issued subpoenas for them and that a rescheduled date is necessary at least slightly more than three (3) weeks (15 working days) from now in order to provide the requisite 15 working days advance notice, as noted in the Subpoena Regulations Adopted by Judicial Conference, and as required by Ms. Mayer-Whittington and Chief Judge Hogan, for another subpoena to Ms. Moon.

                            Respectfully submitted,

                          _____/s/_____
                          Gary M. Sidell
                          1776 K Street, NW
                          Suite 800
                          Washington, D.C. 20006
                          D.C. Bar No. 961847
                          202-783-0060
                          202-331-9666 (facsimile)
                          suitcase@erols.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on parties to this proceeding by ECF this 15th day of April, 2008.

                          _____/s/_____
                          Gary M. Sidell

## gary m. sidell

**From:** DANIEL STRUCK [DStruck@JSHFIRM.com]
**Sent:** Tuesday, April 15, 2008 2:27 PM
**To:** suitcase@erols.com
**Subject:** Re: Ivins v. Honesty - Cause No. 1:07-mc-00393

Gary. Thanks for the notice. I am planning to fly out tomorrow so it would be better to resolve today. I would prefer to get this over with if possible but I am not opposed to a continuance. I am available on the dates mentioned but need to check with my witnesses. I am available for a conference call today. My cell is 602 300 8575 if I am not in my office.

----- Original Message -----
From: gary m. sidell <suitcase@erols.com>
To: DANIEL STRUCK
Sent: Tue Apr 15 11:01:09 2008
Subject: RE: Ivins v. Honesty - Cause No. 1:07-mc-00393

Mr. Struck,
I am preparing to file a motion to continue Thursday's hearing due to the unavailability of the courtroom clerk as a witness which I learned of this issue at 9:00 a.m. this morning. The basis is solely due to a judicial conference administrative regulation allowing 15 working days advance notice which the clerk is unwilling to waive. I presume that you will oppose such a motion, but I am attempting to determine if Judge Robinson can entertain it this afternoon by conference call in a effort to prevent a potentially wasted trip on your part.
I have learned that the Judge's calendar today is nothing short of horrendous, that she is now in court and there is no "end of court time" today known to her staff, so that I might provide some time frame to you for any such conference call, if she is willing.
I presume that you will be travelling from Phoenix tomorrow (4/16), but would appreciate knowing if that is in error or whether you would not be available for a conference call, if permitted by Judge Robinson, at some time later today. I would plan to make myself available for such a call after 5:00 p.m. our time which, I presume, would not adversely influence your schedule.
Alternatively, if you are willing to agree to a new date, that would appear to resolve matters more expeditiously. I have focused on either May 15 or 16, 2008, but without the benefit of information about Judge Robinson's calendar or availability, since that appears to be the minimum time period with which I am faced.
Please feel free to contact me either by email or phone (202-783-0060)
Gary Sidell

From: CAROL MADDEN [mailto:CMadden@JSHFIRM.com] On Behalf Of DANIEL STRUCK
Sent: Tuesday, April 15, 2008 11:47 AM
To: suitcase@erols.com
Subject: Ivins v. Honesty - Cause No. 1:07-mc-00393


Dear Mr. Sidell,

   Attached is Petitioner's Witness List that was filed on Friday, April 11, 2008.

<<Petitioner's Witness List.pdf>>
          Dan Struck

Daniel P. Struck, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
(602) 263-7323 Telephone
(602) 200-7811 Facsimile
dstruck@jshfirm.com

CONFIDENTIAL AND PRIVILEGED: The information contained in this e-mail is privileged and confidential information intended for the sole use of the addressee. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the person listed above. Thank you.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN HONESTY | : |
| | : |
| V. | :   CASE N0. 07-MC-393 (PLF)(DAR) |
| | : |
| CHRISTOPHER IVINS | : |

O R D E R

Upon consideration of the unopposed Petitioner's Motion and Supporting Memorandum to Continue April 17, 2008 Hearing ("Motion"), it is this _____ day of April, 2008, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the hearing previously set for April 17, 2008, is continued until the _____ day of _____, 2008.

_____
DEBORAH A. ROBINSON, Magistrate Judge
United States District Court for the District of Columbia

Copies:

All parties